IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CURTIS JAMES DURDEN, JR.,

       Plaintiff,

       v.

SAN FRANCISCO COUNTRY SHERIFF'S DEPARTMENT and DEPUTY ALBA

       Defendants

No. C-12-5193 TEH (PR)

ORDER FOR PLAINTIFF TO FILE CERTIFICATE OF FUNDS AND PRISONER TRUST ACCOUNT STATEMENT

On October 5, 2012, Plaintiff Curtis James Durden, Jr., incarcerated at the San Francisco County Jail, filed a civil rights complaint under 42 U.S.C. § 1983 and an application for leave to proceed in forma pauperis (IFP). Also, on October 5, 2012, the Court sent Plaintiff a notice that his IFP application was not complete because he had not submitted a Certificate of Funds (COF) in Prisoner's Account completed and signed by an authorized officer at the County Jail and he had not attached a copy of his prisoner trust account statement showing transactions for the last six months. The notice included a warning that if Plaintiff did not respond within thirty days from the date of the notice, his action

would be dismissed, the file closed and the entire filing fee would become due immediately.

More than thirty days have passed and Plaintiff has not responded to the notice to file a completed COF or a copy of his prisoner trust account statement. In the interests of justice, the Court will not dismiss Plaintiff's complaint, but orders him to respond to the notice by filing a COF and his prisoner trust account statement. If Plaintiff has not been incarcerated for six months, he need only send his trust account statement for the time of his incarceration.

Plaintiff must file his COF and trust account statement within (21) **TWENTY-ONE DAYS** from the date of this Order. If he does not, his case will be dismissed, the file closed and the entire filing fee will become due immediately.

IT IS SO ORDERED.

DATED   _11/19/2012_   _____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\Durden 12-5193 Cert of Funds.wpd

**2**