IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CURTIS JAMES DURDEN, JR.,**

        **Plaintiff,**             **No. C-12-5193 TEH (PR)**

        **v.**                        **ORDER OF DISMISSAL**

**SAN FRANCISCO COUNTRY SHERIFF'S DEPARTMENT and DEPUTY ALBA**

        **Defendants**

_____/

        On October 5, 2012, Plaintiff Curtis James Durden, Jr., a state prisoner incarcerated at the San Francisco County Jail in San Bruno, filed a civil rights complaint under 42 U.S.C. § 1983 and an application for leave to proceed <u>in forma pauperis</u> (IFP). Also, on October 5, 2012, the Court sent Plaintiff a notice that his IFP application was not complete because he had not submitted a Certificate of Funds (COF) in Prisoner's Account completed and signed by an authorized officer at the County Jail and he had not attached a copy of his prisoner trust account statement showing transactions for the last six months. The notice included a warning that if Plaintiff did not respond within thirty days from the date of the notice, his action would be dismissed, the file closed and the entire filing fee would become due immediately.

        More than thirty days passed and Plaintiff did not respond

to the notice to file a completed COF or a copy of his prisoner trust account statement. On November 20, 2012, the Court issued an Order granting Plaintiff another twenty-one days in which to file these documents. On December 17, 2012, this mail was returned by the post office as undeliverable.

Because sixty days have passed since the Court's mail to Plaintiff was returned as undeliverable, and the Court has received no written communication from Plaintiff indicating a current address, the case is dismissed without prejudice pursuant to Civil Local Rule 3-11(b).

The Clerk shall close the file.

IT IS SO ORDERED.

DATED   *03/12/2013*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\Durden 12-5193 Dis Retd Mail.wpd

2